IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EUGENE D. LOUDERMILL,     *

    Petitioner,     *

v.     *     Civil Action No. GLR-15-3182

STATE OF MARYLAND,     *

    Respondent.     *

## **ORDER**

For reasons stated in the foregoing Memorandum Opinion, it is this 15th day of August, 2016, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Petition (ECF No. 1) is DISMISSED without prejudice;

2. The Court DECLINES to issue a Certificate of Appealability;

3. The Clerk SHALL SEND a copy of this Order, the Memorandum Opinion, and a § 2254 forms and instructions packet to Petitioner; and

4. The Clerk SHALL CLOSE this case.

/s/
_____
George L. Russell, III
United States District Judge