

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Northern Division Address

June 19, 2019

Eugene Loudermill #434-808
SID#1909787
E.C.I. E.
30420 Revell Neck Road
Westover, MD  21890

Re:   Case No. 15cv3182-GLR

Dear Counsel/Party:

The Clerk received your correspondence  on June 14, 2019; however, it is deficient in the area(s) checked below and is being returned to you, at the direction of the presiding judge.

**Noncompliance with L.R. 101 or 102**
☐  Member of bar has not signed the document.
☐  Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**
☐  Certificate of service not affixed to document.
☐  Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**
☐  Discovery materials should not be filed unless in support of a motion or by court order.
☐  Discovery motion filed contrary to L.R. 104.7.
☐  Motion to compel filed contrary to L.R. 104.8.

**Miscellaneous**
☐  Document does not contain original signature.
☐  Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.
☐  Offer of judgment should not be filed with the Court until it has been accepted.  Fed. R. Civ. P. 68.
☒  Other: case closed.

*lenge c Russell*                     6/19/19

George L. Russell III                               Date
United States District Judge

K. Owens, Deputy Clerk

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov