LODGED ___ RECEIVED

JUN 14 2019

6/11/19

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEP

I'm writing upce to notify you that I have a pacchege to be pichup apond release. Postal Express 1009 Bay Ridge Av Annapolis M.D. I'm a pacchege to be pickup and property of the Federal Geoverment. I Also mac to start treatment Aug 26 2019, will be being release on Aug 23 2019,

I have pronation A.A., P.G county, will like number to Federal Attorneys can you mail to Postal Express 1009 Bay Ridge Av Annapolis M.D

Eugene Loudermill                    Eugene D Loudermill
DOC 434·808, SID 1709787             213·94·4908
E.C.I.E
30420 Revells Weck Rd
Westover M.D. 21890